UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUNO K. MPOY,      ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.      ) | Civil Action No. 23-cv-03027 (BAH) |
| ) | |
| JOHN BURST, *et al.*,    ) | |
| ) | |
| Defendants.    ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 4, is **GRANTED**, and the the complaint is **DISMISSED** without prejudice; and it is further

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint, ECF No. 10, is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Appoint Counsel, ECF No. 20, is **DENIED** as moot; and it is further

**ORDERED** that Plaintiff's Sealed Motion for Leave to File Under Seal, ECF No. 21, is **GRANTED**, to the extent that the Motion and the attached medical record, ECF No. 21-1, will remain sealed and restricted from the public; however, the Clerk of Court is **DIRECTED** to provide Defendants and their counsel docket-access to both the Motion, ECF No. 21, and the medical record, ECF No. 21-1; and it is further

**ORDERED** that the Clerk of the Court is **DIRECTED** to close this case.

This is a final and appealable Order.  *See* Fed. R. App. P. 4(a).

_____/s/_____
BERYL A. HOWELL
United States District Judge

Date:   July 16, 2024